■ In the Matter of WARD LEONARD ELECTRIC CO., INC., Respondent, v EVAN A. RUBINO, as Assessor of the City of Mount Vernon, et al., Appellants.—Order of the Supreme Court, Westchester County, dated March 21, 1979, affirmed, with $50 costs and disbursements. (See *Matter of Stevens Med. Arts Bldg. v City of Mount Vernon,* 72 AD2d 177.) Hopkins, J. P., Damiani, Gulotta and O'Connor, JJ., concur.

■ In the Matter of ROBERTA WIEN, on Behalf of Herself, Her Minor Child, and on Behalf of All Other Persons Similarly Situated, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent State commissioner dated August 10, 1978 and made after a statutory fair hearing, which affirmed a determination of the local agency to reduce petitioner's public assistance grant in order to recoup overpayments caused by her willful failure to report other income received by her son. Petition granted to the extent that the determination is annulled, on the law, without costs or disbursements and the matter is remitted to the respondent State commissioner for a new hearing not inconsistent herewith. The determination under review was rendered in the absence of a finding of no undue hardship, contrary to the applicable paragraphs of 18 NYCRR 352.31 (d). Although we hold this is not a proper case for a class action (see *Matter of Scarpelli v Lavine,* 48 AD2d 899; *Matter of Mann v Lavine,* 49 AD2d 879), we have nevertheless remanded for proceedings not inconsistent with this memorandum. Hopkins, J. P., Mangano, Rabin and Gulotta, JJ., concur.